IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAFA MCKOY, | ) | |
| Defendant. | ) | |

Jafa McKoy, appearing pro se, filed a motion for a copy of the sentencing transcript in his case [D.E. 1368]. Although a court reporter transcribed the sentencing hearing, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Attorney William Michael Dowling represented McKoy at sentencing and has not requested a transcript. McKoy has failed to show a particularized need for the transcript. To the extent McKoy's motion could be construed as motion to obtain transcript without charge, the motion [D.E. 1368] is DENIED.

SO ORDERED. This 4 day of February, 2022.

JAMES C. DEVER III
United States District Judge